UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LaVAE SCHWALM,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TCF NATIONAL BANK,<br><br>　　　　　　Defendant. | 4:16-CV-04074-KES<br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the court's order compelling arbitration (Docket 17), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed.

January 19, 2017.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*　　　　　　　
　　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE